| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Kenneth Leo Payne<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0464<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Western District of Virginia | | Date case filed for chapter:   7   5/8/23 |
| Case number:   23–70324 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth Leo Payne | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 121 14th Street S.E.<br>Roanoke, VA 24013 | |
| 4. | **Debtor's attorney**<br>Name and address | Malissa Lambert Giles<br>Giles & Lambert PC<br>P O BOX 2780<br>ROANOKE, VA 24001 | Contact phone 540 981–9000<br>Email:  mgiles@gileslambert.com |
| 5. | **Bankruptcy trustee**<br>Name and address | William E Callahan(76) Jr<br>P.O. Box 40013<br>Roanoke, VA 24022–0013 | Contact phone 540–983–9309<br>Email:  callahan@gentrylocke.com |

For more information, see page 2 >

Debtor **Kenneth Leo Payne** Case number **23–70324**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Roanoke Division<br>210 Church Ave, Room 200<br>Roanoke, VA 24011 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–857–2391<br><br>Date: 5/8/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2023 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 8/7/23 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
|  | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
|  | 13 | Scolforo | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877–934–5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877–953–6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877–492–0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877–960–3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866–527–4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877–491–5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877–953–5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877–953–5927 | 9995849# |
| 1 |  | UST Roanoke Office | By Telephone | 877–451–9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1–301–715–8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call–in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 23-70324-pmb

Kenneth Leo Payne     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-7     User: admin     Page 1 of 2

Date Rcvd: May 08, 2023     Form ID: 309A     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Leo Payne, 121 14th Street S.E., Roanoke, VA 24013-1209 |
| 5155393 | + | CRCH Employees Federal Credit Union, 109 Highland Avenue, SW, Roanoke, VA 24016-4413 |
| 5155391 | + | Carilion - Billing Correspondence, PO Box 13966, Roanoke, VA 24038-3966 |
| 5155392 | + | Convergent, PO Box 1280, Oaks, PA 19456-1280 |
| 5155397 | + | EMBCC Patient Services, P.O. Box 650060, Dallas, TX 75265-0060 |
| 5155401 | + | James E. Treakle, Jr., 700 E High Street, Charlottesville, VA 22902-5519 |
| 5155403 | + | Lake Spring Emergency Group, PO Box 650763, Dallas, TX 75265-0763 |
| 5155404 | + | Lewis Gale Medical, PO Box 291569, Nashville, TN 37229-1569 |
| 5155405 | + | Peppercorn Inc., PO BOx 927, Bedford, VA 24523-0927 |
| 5155408 | + | Scott Kroner PLC, 418 E Water St., Charlottesville, VA 22902-5242 |
| 5155409 | ++ | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE VA 22901-1491 address filed with court:, University of VA Comm Credit Union, 3300 Berkmar Drive, Charlottesville, VA 22901 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mgiles@gileslambert.com | May 08 2023 20:49:00 | Malissa Lambert Giles, Giles & Lambert PC, P O BOX 2780, ROANOKE, VA 24001 |
| tr | | EDI: BWCALLAHAN.COM | May 09 2023 00:46:00 | William E Callahan(76), Jr, P.O. Box 40013, Roanoke, VA 24022-0013 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | May 08 2023 20:49:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5155390 | + | EDI: PHINAMERI.COM | May 09 2023 00:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5155392 | ^ | MEBN | May 08 2023 20:43:49 | Convergent, PO Box 1280, Oaks, PA 19456-1280 |
| 5155394 | + | Email/Text: bankruptcy@credencerm.com | May 08 2023 20:49:06 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5155395 | + | Email/Text: ebnnotifications@creditacceptance.com | May 08 2023 20:49:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5155396 | + | Email/Text: collect@ccsroanoke.com | May 08 2023 20:49:00 | Creditors Collection Service, Attn: Bankruptcy, Po Box 21504, Roanoke, VA 24018-0152 |
| 5155398 | + | Email/Text: bknotice@ercbpo.com | May 08 2023 20:49:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5155399 | | Email/Text: bankruptcy@frost-arnett.com | May 08 2023 20:49:00 | Frost Arnet, P.O. Box 198988, Nashville, TN 37219 |

| District/off: 0423-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: 309A | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 5155400 | + | EDI: IRS.COM | May 09 2023 00:46:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5155402 | | EDI: JEFFERSONCAP.COM | May 09 2023 00:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 5155406 | | Email/Text: joey@rmscollect.com | May 08 2023 20:49:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5155407 | + | Email/Text: jonathan.craft@roanokeva.gov | May 08 2023 20:49:00 | Roanoke City Treasurer, 215 Church Avenue, SW, Room 254, Roanoke, VA 24011-1519 |
| 5155410 | + | EDI: USAA.COM | May 09 2023 00:46:00 | USAA Casualty Insurance Company, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 5155411 | | Email/Text: bankomail@wilbergroup.com | May 08 2023 20:49:00 | Wilber & Associates, PC, 210 Landmark Dr., Normal, IL 61761 |
| 5155412 | | Email/Text: bankomail@wilbergroup.com | May 08 2023 20:49:00 | Wilbur Associates, 210 Landmark Drive, Normal, IL 61761 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023              Signature:       /s/Gustava Winters